**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Milot Cadichon | Social Security number or ITIN xxx–xx–9802 |
| | First Name   Middle Name   Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __-_____ |

United States Bankruptcy Court   Northern District of Illinois

Case number: 19–21036

# Order of Discharge                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Milot Cadichon

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

January 18, 2022                            **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                 United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 19-21036-CAD
Milot Cadichon Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 3
Date Rcvd: Jan 18, 2022     Form ID: 3180W     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Milot Cadichon, 10555 S. Calumet Ave., Chicago, IL 60628-2836 |
| 28200435 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 28050428 | + | LenderLive Network, Inc., 710 South Ash Street, Suite 200, Glendale, CO 80246-1969 |
| 28050429 | + | Loan Care Servicing, Attn: Consumer Solutions, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 28253340 | + | Mid America Mortgage, Inc., LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 28682856 | | Mid America Mortgage, Inc., PO Box 679210, Dallas, TX 75267-9210 |
| 28264424 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 28050430 | + | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 28050431 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 28050432 | + | South Central Bank Na, 525 W Roosevelt Rd, Chicago, IL 60607-4908 |
| 28050435 | + | United Sec/dovenmuehle, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28050415 | + | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 01:38:32 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 28050416 | + | Email/Text: bk@avant.com | Jan 19 2022 01:36:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 28050417 | + | EDI: BANKAMER.COM | Jan 19 2022 06:28:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 28050425 | | Email/Text: BNCnotices@cityofchicago.org | Jan 19 2022 01:35:00 | City of Chicago, Department of Finance, 121 North LaSalle, Room 107A, Chicago, IL 60602 |
| 28050418 | + | EDI: CAPITALONE.COM | Jan 19 2022 06:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28050421 | + | EDI: CAPITALONE.COM | Jan 19 2022 06:28:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 28050423 | + | EDI: CAPONEAUTO.COM | Jan 19 2022 06:33:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28167217 | + | EDI: AIS.COM | Jan 19 2022 06:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 28050424 | + | EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 28138818 | + | EDI: PHINHARRIS | Jan 19 2022 06:33:00 | City of Chicago Department of Finance, c/o Arnold Scott Harris P.C., 111 W Jackson Blvd Ste 600, Chicago, IL 60604-3517 |
| 28192726 | + | Email/Text: bankruptcynotice@franklincredit.com | Jan 19 2022 01:35:00 | Deutsche Bank National Trust Company, c/o Franklin Credit Management Corp., P.O. Box 2301, Jersey City, NJ 07303-2301 |
| 28241010 | | EDI: LCIPHHMRGT | Jan 19 2022 06:28:00 | Deutsche Bank National Trust Company, as |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Trustee, PHH Mortgage, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 28050426 | + | Email/Text: collectionsbk@glcu.org | Jan 19 2022 01:35:00 | Great Lakes Credit Union, Attn: Bankruptcy, Po Nox 1289, Bannockburn, IL 60015-6004 |
| 28050427 | + | EDI: IRS.COM | Jan 19 2022 06:28:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 28227867 | | EDI: JEFFERSONCAP.COM | Jan 19 2022 06:28:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 28264424 | + | Email/PDF: ebnotices@pnmac.com | Jan 19 2022 01:38:37 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 28050430 | + | Email/PDF: ebnotices@pnmac.com | Jan 19 2022 01:38:37 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 28050433 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 28050434 | + | EDI: WTRRNBANK.COM | Jan 19 2022 06:28:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 28103048 | | EDI: USBANKARS.COM | Jan 19 2022 06:28:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 28050436 | + | EDI: USBANKARS.COM | Jan 19 2022 06:28:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 6351, Fargo, ND 58125-6351 |
| 28050439 | + | EDI: WFFC.COM | Jan 19 2022 06:28:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 28195854 | | EDI: WFFC.COM | Jan 19 2022 06:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 28050441 | + | EDI: CAPITALONE.COM | Jan 19 2022 06:28:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28050419 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28050420 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28050422 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28050437 | *+ | US Bank/RMS CC, Attn: Bankruptcy, Po Box 6351, Fargo, ND 58125-6351 |
| 28050438 | *+ | US Bank/RMS CC, Attn: Bankruptcy, Po Box 6351, Fargo, ND 58125-6351 |
| 28050440 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 18, 2022 | Form ID: 3180W | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Charles A Crnic | on behalf of Creditor Deutsche Bank National Trust Company as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1 tcrnic@klatt-law.com, bankruptcy@sayerlaw.com;sayerbankruptcy@ecf.courtdrive.com |
| David Freydin | on behalf of Debtor 1 Milot Cadichon david.freydin@freydinlaw.com vincent@freydinlaw.com |
| Nisha B Parikh | on behalf of Creditor Mid America Mortgage Inc. ILBankruptcy@dallegal.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Rachael A Stokas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust, Series 2007-SEA1 bkpleadingsNORTHERN@il.cslegal.com |
| Thomas H. Hooper | thomas.h.hooper@55chapter13.com |
| Timothy R Yueill | on behalf of Creditor PENNYMAC LOAN SERVICES LLC timothyy@nevellaw.com |

TOTAL: 7